NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SHERYL TAYLOR,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

2013-3113

Petition for review of the Merit Systems Protection Board in No. AT0752120258-I-1.

**ON MOTION**

## O R D E R

Sheryl Taylor seeks to file "a petition of review of the EEOC decision before the Federal Circuit based on the fact the MSPB gave erroneous information about the EEOC having jurisdiction over the mixed case complaint." The court interprets this as a motion to include review of the Equal Employment Opportunity Commission ("EEOC") decision in Taylor's petition for review currently before this court.

2                                    TAYLOR v. MSPB

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be deferred to the merits panel assigned to hear Taylor's appeal.

FOR THE COURT

/s/   Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s25